CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DENNIS C. HUIE (SBN:184337)
dhuie@rjo.com
AARON M. SCOLARI (SBN: 237397)
ascolari@rjo.com
ROGERS JOSEPH O'DONNELL
311 California Street
San Francisco, California 94104
Telephone: (415) 956-2828
Facsimile: (415) 956-6457
Attorneys for Defendant
Tai Wah, Inc.

RONALD W. MARBLESTONE  (SBN: 091724)
rmarblestone@bbgslaw.com
BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP
643 Bair Island Road, Suite 400
Redwood City, Ca 94063
Telephone: (650) 365-7710
Attorneys For Defendant
Equitable Investments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>       Plaintiff,<br><br>   v.<br><br>EQUITABLE INVESTMENTS, a California General Partnership; TAI WAH, INC., a California Corporation; and Does 1-10,<br><br>       Defendants. | Case: 3:19-CV-00170-VC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 13, 2019        CENTER FOR DISABILITY ACCESS

                                                              By: /s/ Amanda Lockhart Seabock
                                                                       Amanda Lockhart Seabock
                                                                       Attorneys for Plaintiff

Dated: November 13, 2019        ROGERS JOSEPH O'DONNELL

                                              By: /s/ Aaron M. Scolari
                                                          Dennis C. Huie
                                                           Aaron M. Scolari
                                                           Attorneys for Defendant
                                                           Tai Wah, Inc.

Dated: November 13, 2019        BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP

                                              By: /s/ Ronald W. Marblestone
                                                          Ronald W. Marblestone
                                                           Attorneys for Defendant
                                                           Equitable Investments

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Aaron M. Scolari and Ronald W. Marblestone, counsel for Tai Wah, Inc. and Equitable Investments, respectively, and that I have obtained authorization to affix their electronic signature to this document.

Dated: November 13, 2019    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff